UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Soberanes-Gutierrez ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08mj2188 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10305298 |

On order of the United States District/(Magistrate Judge,)   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

Trancito De Jesus Reina-Rivera

DATED: 8-14-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR, Clerk
by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082